UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATHEW HENLEY, an individual; NICHOLAS GICINTO, an individual; EDWARD RUSSO, an individual; and JACOB NOCON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD A. JACOBS,<br><br>Defendant. | Case No: 18-cv-02244 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court has been advised that the Parties have agreed to a settlement of this matter. Dkt. No. 120. Accordingly,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and pretrial/trial dates will be reset, provided such motion is filed within 60 days of the date this order is filed.

IT IS SO ORDERED.

Dated: June 15, 2021

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge